JAMES J. REDSTRAKE, PLAINTIFF IN ERROR, v. WARREN. F. SWAYZE, DEFENDANT IN ERROR.

On error to the Supreme Court.   For opinion of Supreme Court see *ante, p.* 129.

For the plaintiff in error, *C. H. Sinnickson.*

For the defendant in error; *Morris H. Stratton.*

PER CURIAM.

The judgment is affirmed, for the reasons given in the court below.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, DIXON, VAN SYCKEL, BROWN, CLEMENT, COLE, SMITH, WHITAKER.   9.

*For reversal*—None.